**Jovon DAVIS, Plaintiff-Appellant,**

v.

**Steve CLEAR, Director of Abingdon Regional Jail; Mandi Smith, Mental Health Specialist, Defendants-Appellees.**

No. 16-7205

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2017

Decided: February 9, 2017

Jovon Davis, Appellant Pro Se. John Chadwick Johnson, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia; Mary Hutcheson Priddy, GOODMAN ALLEN DONNELLY, PLLC, Glen Allen, Virginia, for Appellees.

Before AGEE and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovon Davis appeals the district court's order granting defendants' motions to dismiss and for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Clear, No. 7:15-cv-00331-JLK-RSB (W.D. Va. Aug. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED